UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TORMU PRALL,
    Petitioner,

v.                                                      C.A. No. 09-366 S

ATTORNEY GENERAL OF
RHODE ISLAND,
    Respondent.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on February 8, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus is GRANTED and Petitioner's Motion to Dismiss the Assault and Robbery Charges is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 2/26/10